1  MELINDA L. HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  JOSEPH FAZIOLI (ILBN 6273413)
   Assistant United States Attorney

5

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5595
      Facsimile: (408) 535-5066
      joseph.fazioli@usdoj.gov
8

9  Attorneys for the United States

10                UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 5:13-MJ-70368 HRL
                                     )
15        Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING APPEARANCE
16     v.                            )   DATE AND EXCLUDING TIME FROM
                                     )   THE SPEEDY TRIAL ACT
17                                   )   CALCULATION (18 U.S.C.
    STEVEN HIBBETT,                  )   § 3161(h)(8)(A))
18                                   )
          Defendant.                 )
19  _____ )

20        This matter is scheduled before the Court for an preliminary hearing or arraignment on

21  June 6, 2013.  On April 5, 2013, this Court issued a criminal complaint against the defendant

22  related to two child pornography offenses under 18 U.S.C. § 2252(a).  The United States and the

23  defendant now request a continuance until June 27, 2013 in order to afford defense counsel

24  additional time to effectively prepare and also to allow the parties an opportunity to discuss a

25  potential pre-indictment resolution of the mattter.  The parties agree, and the Court finds and

26  holds, as follows:

27        1.      The preliminary hearing or arraignment is continued to June 27, 2013.

28

STIPULATION AND [PROPOSED] ORDER
CR 5:13-MJ-70368 HRL

2.      Time should be excluded under Rule 5.1 from  June 6, 2013 to June 27, 2013 in order to allow defense counsel additional time to effectively prepare and also to allow the parties an opportunity to discuss a potential pre-indictment resolution of the mattter.  The parties agree that the continuance is proper under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

3.      The time between June 6, 2013 to June 27, 2013 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. § 3161(h)(8)(A).

STIPULATED:

DATED:_____6/5/13_____                    _____/s/_____
                                             VARELL FULLER
                                             Assistant Federal Public Defender

DATED:_____6/5/13_____                    _____/s/_____
                                             JOSEPH FAZIOLI
                                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 5, 2013

_____
PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE